IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00344-REB-KLM

VASHONE L. ADAMS,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, a Foreign Corporation,
CAROL YOUNG, individually and as agent,
JP MORGAN CHASE & COMPANY, a Foreign Corporation,
JAMES DIMON, individually and as agent,
ACQURA LOAN SERVICING, a Foreign Corporation, and
NIGEL D. BRAZIER, individually and as agent,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants EMC Mortgage, LLC, JPMorgan Chase Bank, N.A., Carol Young, and James Dimon's **Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiff's Amended Complaint** [Docket No. 23; Filed May 23, 2012] (the "Motion for Extension").  In the Motion for Extension, Defendants seek an extension of time through June 8, 2012 to file an answer or other response to Plaintiff's Amended Complaint [#7].  Defendants seek this extension because Plaintiff informed them that he intended to soon file a Second Amended Complaint in lieu of a response to Defendant Acqura Loan Services' Motion to Dismiss [Docket No. 19; Filed May 4, 2012].  The day after Defendants filed the Motion for Extension, Plaintiff filed his Second Amended Complaint [#26].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion for Extension [#23] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that Defendant Acqura Loan Services' Motion to Dismiss [#19] is **DENIED as moot**.  *See Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (stating that "Defendants' motions to dismiss are technically moot because they are directed at a pleading that is no longer operative").

    Dated:  May 29, 2012