IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.12-cv-00344-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: June 19, 2012** | Courtroom Deputy, Monique Wiles |

VASHONE L. ADAMS                               Pro Se

    **Plaintiff(s),**

v.

EMC MORTGAGE CORPORATION, et al.,      Adam L. Hirsch
ACQURA LOAN SERVICING                              Catherine A. Hildreth

    **Defendant(s).**

### COURTROOM   MINUTES / MINUTE   ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session: 10:42 a.m.**
Court calls case. Appearance of counsel.

Court discusses its letter to pro se litigants, a copy of which is attached, with pro se Plaintiff, Vashone L. Adams.

In light of the Court's comments regarding the posture of the case,

**It is ORDERED:** **Plaintiff's Motion for Leave to File Third Amended Complaint and Jury Demand [Doc. No. 33, filed 6/15/2012] is GRANTED.**

**It is ORDERED:** **Chase Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand [Doc. No. 28, filed 6/11/2012]** and **Motion to Dismiss Amended Complaint by Defendant Acqura Loan Servicing and Supporting Brief [Doc. No. 30, filed 6/11/2012]** are **DENIED AS MOOT.**

**It is ORDERED:** Defendants shall respond to the Third Amended Complaint [Doc. No. 26, filed 5/24/2012] **on or before July 2, 2012.**

**It is ORDERED:**   The Scheduling Conference set for today is VACATED and will be reset in the future, if appropriate. No discovery is permitted at this time, absent further order of the Court.

HEARING CONCLUDED.

**Court in recess: 10:59 a.m.**
Total In-Court Time:   17 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.