IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00344-REB-KLM

VASHONE L. ADAMS,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, a Foreign Corporation,
CAROL YOUNG, individually and as agent,
JAMES DIMON, individually and as agent,
ACQURA LOAN SERVICING, a Foreign Corporation, and
NIGEL D. BRAZIER, individually and as agent,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Acqura Loan Servicing's ("Acqura") **Third Motion to Dismiss** [Docket No. 36; Filed July 2, 2012] (the "Motion"). The Motion consists of only the Certificate of Service page, along with fourteen attached exhibits. On July 2, 2012, Defendant Acqura filed a corrected Motion to Dismiss [#37]. In consideration of this error,

    IT IS HEREBY **ORDERED** that the Motion [#36] is **STRICKEN** from the record.[1]

    Dated: August 2, 2012

---

[1] For the sake of clarity, the Court notes that Exhibits A through N [#36-1 through #36-14] attached to the Motion [#36] are <u>not</u> stricken and will be considered in conjunction with the corrected Motion to Dismiss [#37].