IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00344-REB-KLM

VASHONE L. ADAMS,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, a Foreign Corporation,
CAROL YOUNG, individually and as agent,
JAMES DIMON, individually and as agent,
ACQURA LOAN SERVICING, a Foreign Corporation,
JP MORGAN CHASE BANK, N.A., and
WILLIAM BERONG, individually and as agent,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Fourth Amended Complaint and Jury Demand** [Docket No. 49; Filed October 2, 2012] (the "Motion"). Plaintiff does not include a proposed Fourth Amended Complaint for the Court's and Defendants' review. If Plaintiff is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, and which includes the proposed Amended Complaint as a document separate from the Motion. The Court will not permit piecemeal adjudication of Plaintiff's case; thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint.

    IT IS HEREBY **ORDERED** that the Motion [#49] is **DENIED**.

    Dated: October 4, 2012