**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00344-REB-KLM

VASHONE L. ADAMS,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, a Foreign Corporation,
CAROL YOUNG, individually and as agent,
JAMES DIMON, individually and as agent,
ACQURA LOAN SERVICING, a Foreign Corporation,
JP MORGAN CHASE BANK, N.A., and
WILLIAM BERONG, individually and as agent,

    Defendants.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#55] entered by Judge Robert E. Blackburn on March 18, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That this case and all concomitant claims for relief are **DISMISSED** for lack of subject matter jurisdiction under *Rooker-Feldman*;

2. That alternatively, the **Motion To Dismiss Third Amended Complaint by Defendants Acquara Loan Services, Llc and William Berrong and Supporting Brief** [#37] filed July 2, 2012, is **GRANTED**;

3. That alternatively, **Chase Defendants' Motion To Dismiss Plaintiff's Third**

**Amended Complaint And Jury Demand Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)** [#38] filed July 2, 2012, is **GRANTED**;

    4. That **JUDGMENT IS ENTERED** in favor of the defendants against the plaintiff on all claims for relief and causes of action asserted in this action; and

    5. That defendants are **AWARDED** their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 20$^{h}$ day of March, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk