IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00344-REB-KLM

VASHONE L. ADAMS,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, a Foreign Corporation,
CAROL YOUNG, individually and as agent,
JAMES DIMON, individually and as agent,
ACQURA LOAN SERVICING, a Foreign Corporation,
JP MORGAN CHASE BANK, N.A., and
WILLIAM BERONG, individually and as agent,

    Defendants.

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

**Blackburn, J.**

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. I have examined the file and have determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, I find that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

    DATED at Denver, Colorado, April 19, 2013.

                            BY THE COURT:

                            **s/ Robert E. Blackburn**

                            JUDGE, UNITED STATES DISTRICT
                            COURT FOR THE DISTRICT OF COLORADO